*General Willebrandt,* and *Messrs. Alfred A. Wheat* and. *Millar E. McGilchrist* for petitioner. *Messrs. Warren Olney, Jr.,* and *J. M. Manon, Jr.,* for respondent. ▮

No. 114. RENZIEHAUSEN *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Wm. A. Seifert* and *Wm. Wallace Booth* for petitioner. *Solicitor General Hughes,* and *Messrs. J. Louis Monarch* and *John Vaughan Groner* for respondent.

No. 118. FLORSHEIM BROTHERS DRYGOODS CO., LTD., *v.* UNITED STATES. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. E. H. Randolph* for petitioner. *Solicitor General Hughes,* and *Messrs. Sewall Key* and *Barham R. Gary* for the United States. ▮

No. 127. UNIVERSAL BATTERY CO. *v.* UNITED STATES. October 14, 1929. Petition for writ of certiorari to the Court of Claims granted. *Mr. George Maurice Morris* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. George C. Butte* and *R. C. Williamson* for the United States. ▮

No. 128. UNITED STATES *v.* AMERICAN CAN CO.;
No. 129. SAME *v.* MISSOURI CAN CO.; and
No. 130. SAME *v.* DETROIT CAN CO. October 14, 1929. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General*